**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CIVIL ACTION NO. 26-CV-8126** |
| **DAMIAN D. WHITAKER** | : | |

**ORDER**

AND NOW, this 27th day of October 2026, upon consideration of Plaintiff Damian D. Whitaker's *pro se* Motion to Proceed *In Forma Pauperis* (Doc. No. 1) and Complaint (Doc. No. 2), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **ADD** Whitaker's address to the docket as follows:

   Damian D. Whitaker
   QA-4318
   SCI Dallas
   1000 Follies Road
   Dallas, PA 18612

2. The Complaint is **DISMISSED WITH PREJUDICE** as legally baseless and for failure to state a claim for the reasons stated in the Court's Memorandum.
3. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED AS MOOT**.
4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Karen Spencer Marston**
**KAREN SPENCER MARSTON, J.**